IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIGHT VISION SYSTEMS, LLC** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **NIGHT VISION DEPOT, INC., et al.** | : | |
| Defendants. | : | NO. 07-4808 |

### ORDER

**AND NOW**, this 2nd day of September, 2011, having considered Counterclaim Defendant NVS's Motion for Summary Judgment and Statement of Facts[1] (Doc. 215), Counterclaim Plaintiff Cejay Engineering's Response thereto (Doc. 218) and Statement of Facts (Doc. 219), and NVS's Reply (Doc. 221), as well as supplements submitted by the parties (Docs. 223, 224, 227, 231) and oral argument held on July 28, 2011, it is hereby **ORDERED** that NVS's Motion is **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

---

[1] NVS submits its Motion for Summary Judgment on behalf of itself and DRS Technologies. Although the counterclaims remaining in this lawsuit are brought by Cejay against NVS only, NVS is a subsidiary of DRS.